IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATANAEL RIVERA,

    Plaintiff,

v.

NICHOLAS JOHNSON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-286-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing the complaint with prejudice for failure to state a claim on which relief may be granted.

_____      6/28/10
Peter Oppeneer, Clerk of Court                   Date